United States District Court
Southern District of Texas
**ENTERED**
April 26, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TIFFANY WARD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-04342 |
| | § | |
| **UPI BUILDERS, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The parties filed a Joint Stipulation of Dismissal with Prejudice. (Doc. 18.) In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on April 26, 2022.

_____
Keith P. Ellison
United States District Judge